UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1243

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CASSANDRA SUE GAGE ) | |

The Government's motion is hereby granted. The case is dismissed.

11-18-2013
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE